1  Michael L. Lipman (State Bar No. 66605)
   Barbara Howe Murray (State Bar No. 177254)
2  COUGHLAN, SEMMER & LIPMAN, LLP
   501 West Broadway, Suite 400
3  San Diego, CA  92101
   Telephone:     (619) 232-0800
4  Facsimile:     (619) 232-0107

5  Attorneys for Defendant
   AARON SCALIA
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,     )   Criminal Case No. 11CR0522-BTM
                                  )
12 |         Plaintiff,            )   **NOTICE OF APPEARANCE**
                                  )
13 |     v.                        )
                                  )
14 | AARON SCALIA,                 )
                                  )
15 |         Defendant.            )
                                  )
16

17     TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18     PLEASE TAKE NOTICE that Barbara Howe Murray of Coughlan Semmer & Lipman,

19 LLP, hereby appears as co-lead counsel with Michael L. Lipman for Defendant Aaron Scalia.

20

21 Dated:  February 16, 2011            COUGHLAN, SEMMER & LIPMAN, LLP

22

23                                      By:   *s/ Barbara Howe Murray*
                                              Michael L. Lipman
24                                            Barbara Howe Murray
                                              Attorneys for Defendant
25                                            AARON SCALIA

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I caused the foregoing pleading on this date to be served upon all counsel of record listed below by electronic filing utilizing CM/ECF:

AUSA Eric J. Beste
AUSA Joseph J.M. Orabona
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA  92188
Telephone:  (619) 557-5104
Telephone:  (619) 557-7736
eric.best@usdoj.gov
joseph.orabona@usdoj.gov

San Diego, California, February 16, 2011.

*s/ Barbara Howe Murray*
Barbara Howe Murray

@PFDesktop\::ODMA/PCDOCS/CSL/77623/1